AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIV |
|---|---|
| Name RHONALD MARTINEZ | Prisoner No. 476155 | Case No. C 00 002 |

Place of Confinement
TDCJ-ID McCONNEL UNIT, 3001 SOUTH EMILY DRIVE, BEEVILLE, TEXAS 78102

Name of Petitioner (include name under which convicted)     Name of Respondent (authorized person having custody of petitioner)

RHONALD MARTINEZ     V.     GARY L. JOHNSON

United States District Court
Southern District of Texas
FILED
JAN 03 2000
MICHAEL N. MILBY CLERK

The Attorney General of the State of: TEXAS, JOHN CORNYN

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack  MAJOR DISCIPLINARY COURT, TDCJ-ID McCONNELL UNIT

2. Date of judgment of conviction  THE 18TH DAY OF SEPTEMBER, 1998

3. Length of sentence  150 DAYS LOSS OF GOOD TIME, LOSS OF TIME EARNING STATUS

4. Nature of offense involved (all counts)  ON THE 13TH DAY OF SEPTEMBER, 1998, TDCJ-ID OFFICIALS GAVE PETITIONER U.S. MAIL CONTAINING SECURITY THREAT GROUP LETTER AND CONSTITUTION, WHICH WAS CONFISCATED FOUR (4) HOURS LATER FROM HIM BY SECURITY, WITHOUT PETITIONER HAVING READ IT. PETITIONER WAS CHARGED WITH POSSESSION OF CONTRABAND, DISCIPLINARY CASE #990013551. SEE ATTACHMENT "A"

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☒

7. Did you testify at the trial?
   Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  <u>TDCJ-ID McCONNELL UNIT, TDCJ-ID STEP 1 GRIEVANCE (GRIEVANCE #99021672)</u>

   (b) Result  <u>CONVICTION AFFIRMED BECAUSE PETITIONER ADMITTED RECEIVING MAIL</u>

   (c) Date of result and citation, if known  <u>THE 2ND DAY OF DECEMBER, 1998</u>

   (d) Grounds raised  <u>IMPROPR/FALSELY CHARGED UNDER DISPLINARY RULES IN CONTRADICTION OF TDCJ-ID CORRESPONDENCE RULES, FAILURE TO GIVE NOTICE OF PROHIBITED CONDUCT, ERRORS DURING HEARING AND ON APPEAL.</u>

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court  <u>TDCJ-ID REGION 4 DIRECTOR, TDCJ-ID STEP 2 GRIEVANCE (GRIEVANCE #99021672)</u>

     (2) Result  <u>CONVICTION AFFIRMED BECAUSE PETITIONER ADMITTED RECEIVING MAIL</u>

     (3) Date of result and citation, if known  <u>THE 1ST DAY OF JANUARY, 1999</u>

     (4) Grounds raised  <u>SAME AS ABOVE</u>

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court  _____

     (2) Result  _____

     (3) Date of result and citation, if known  _____

     (4) Grounds raised  _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ☐     No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court  _____

     (2) Nature of proceeding  _____

     (3) Grounds raised  _____

(3)

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐     No ☐
(2) Second petition, etc.   Yes ☐     No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution:  In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: <u>TDCJ-ID HAS NO POSTED OR WRITTEN POLICIES PUTTING INMATES ON NOTICE THAT RECEIVING OR POSSESSING SECURITY THREAT GROUP LETTERS/CONSTITUTION IS PROHIBITED CONDUCT</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>ON THE 13TH DAY OF SEPTEMBER, 1998, SECURITY (TDCJ-ID) CONFISCATED ONE GENERAL CORRESPONDENCE LETTER (U.S. MAIL) FROM THE PETITIONER, FOUR (4) HOURS AFTER HAVING DELIVERED IT TO HIM, AND CHARGED HIM WITH THE TDCJ-ID DISCIPLINARY OFFENSE OF POSSESSING CONTRABAND, TO WIT, SECURITY THREAT GROUP CONSTITUTION AND LETTER. PETITIONER NEVER READ THIS LETTER BECAUSE IT WAS DELIVERED LATE AT NIGHT. FURTHER, PETITIONER ALSO NEVER SOLICITED THIS LETTER FROM THE SENDER. EVEN SO, THERE IS NO TDCJ-ID RULE, REGULATION, PROCEDURE PROHIBITING POSSESSION.</u>

B.  Ground two: <u>PETITIONER WAS IMPROPERLY/FALSELY CHARGED WITH A DISCIPLINARY OFFENSE IN REGARDS TO WRITTEN MATERIAL (MAIL) IN CONTRADICTION/VIOLATION OF TDCJ-ID CORRESPONDENCE RULES</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>TDCJ-ID CORRESPONDENCE RULE 3.9.1.8 AND 3.9.16 RESPECTIVELY STATE THAT CONTRABAND MUST BE A PHYSICAL ITEM, AND SHALL NOT INCLUDE ANY WRITTEN MATERIAL DISAPPROVED FOR ITS CONTENT, AND THAT IF CONTRABAND CAN NOT BE REMOVED FROM A LETTER OR PUBLICATION, THE LETTER SHALL NOT BE DELIVERED TO THE INMATE. PETITIONER WAS CHARGED WITH TDCJ-ID DISCIPLINARY OFFENSE CODE 16: POSSESSION OF CONTRABAND, IN REGARDS TO A LETTER WHICH ONLY CONTAINED WRITTEN MATERIAL (UNDISPUTED). § e. OF THIS RULE CONTAINS A SUB OFFENSE FOR VIOLATIONS OF CORRESPONDENCE RULES</u>

(5)

AO 241 (Rev. 5/85)

C. Ground three: THE DISCIPLINARY OFFICER (D.H.O.) FOUND PETITIONER GUILTY AS CHARGED, DESPITE THE LACK OF EVIDENCE. THE D.H.O. FAILED TO FOLLOW SEVERAL TDCJ-ID POLICIES.

Supporting FACTS (state *briefly* without citing cases or law) ON THE 18TH DAY OF SEPTEMBER, 1998, PETITIONER WAS FOUND GUILTY OF POSSESSING CONTRABAND. THE D.H.O.'S REASONS FOR THE FINDING OF GUILT WERE: A) ADMISSION OF GUILT, B) OFFICERS REPORT. SEE ATTACHMENT A. THE PETITIONERS SUBSTITUTE COUNSEL WAS REPLACED MOMENTS BEFORE THE HEARING, AND CONSEQUENTLY, HIS WITNESS LIST WAS LOST RESULTING IN A DENIAL OF HIS WITNESSES. ALSO, THE CONTABAND WAS LOST THE NIGHT OF THE CONFISCATION. THE D.H.O. ALSO REFUSED TO DEFER TO THE AUTHORITY OF THE TDCJ-ID CORRESPONDENCE RULES DEFINITION OF CONTRABAND.

D. Ground four: THE OFFICIALS REVIEWING PETITIONERS STEP 1 & 2 GRIEVANCE APPEAL AFFIRMED PETITIONERS CONVICTION FAILING TO CORRECT OBVIOUS DUE PROCESS VIOLATIONS IN THE RECORD.

Supporting FACTS (state *briefly* without citing cases or law) ON THE 22ND DAY OF SEPTEMBER, 1998, THE PETITIONER FILED A TDCJ-ID STEP 1 GRIEVANCE APPEAL IN DISCIPLINARY REPORT #990013551, IN GRIEVANCE #99021672, WHICH WAS DENIED ON THE 2ND DAY OF DECEMBER, 1998. ON THE 5TH DAY OF DECEMBER, 1998, THE PETITIONER FILED A TDCJ-ID STEP 2 GRIEVANCE APPEAL IN DISCIPLINARY REPORT #990013551, IN GRIEVANCE #99021672, WHICH WAS DENIED ON THE 8TH DAY OF JANUARY, 1999, THEREBY EXHAUSTING ALL ADMINISTRATIVE REMEDIES. THE REVIEWING AUTHORITIES HAD A MANDITORY DUTY TO CORRECT THE DUE PROCESS VIOLATIONS.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
   Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

   (a) At preliminary hearing _____

   (b) At arraignment and plea _____

(6)

AO 241 (Rev. 5/85)

(c) At trial _____

_____

(d) At sentencing _____

_____

(e) On appeal _____

_____

(f) In any post–conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post–conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

    Yes ☐       No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐       No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    _____

    (b) Give date and length of the above sentence: _____

    _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

       Yes ☐       No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_21 Dec 99_
    (date)

_/s/ Rhonald Martinez_
Signature of Petitioner

(7)

# ATTACHMENT A

```
ABS: S3  POST: MI  ...: ..., ..., ENGLISH     ...
AD: MA   GLS  OFF.DATE: 09/13/..  01:25 AM  LOCATION: ML 3 BUILDING
PE: ID
```

## OFFENSE DESCRIPTION

THE DATE AND TIME LISTED ABOVE, AND AT 3C-5 CELL, OFFENDER: MARTINEZ, RHONALD CJ-ID NO. 00476155, DID POSSESS CONTRABAND, NAMELY, SECURITY THREAT GROUP ...STITUTION AND LETTER, WHICH IS AN ITEM THAT UNREASONABLY HINDERS THE SAFE AND ...FECTIVE OPERATION OF THE UNIT.

...NG OFFICER: ZEPEDA, J. COIII                          SHIFT: 3 B

### OFFENDER NOTIFICATION (IF APPLICABLE INTERPRETER)

...E & DATE NOTIFIED: ____ BY:(PRINT) ____  OSI
...  DO YOU WANT TO ATTEND THE HEARING? YES/NO  IF NO, HOW DO YOU
... GUILTY ____
...DER NOT... SIGNATURE X_Rhonald Martinez_  DATE: 09/17/98
...SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
...
...DER WAIVER SIGNATURE: X_Rhonald Martinez_     DATE: 09/17/98

### HEARING INFORMATION

...NG DATE: 9/18/98  TIME: 0820  TAPE# MWC81  SIDE: A  START# 416  END# 470
           TAPE#       SIDE#       START#       END#

...AIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
...RING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
... HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
...RENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
...RING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS EXAMINATION OF A
...NESS AT THE HEARING (7) IF INTERPRETER USED:(SIGNATURE ____):
           N/A

...ODE CODE(S):                      16.0
...NDER PLEA: (G, NG, NONE)          NG
...DINGS: (G, NG, DS)                G
...TCE TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___  BY:(INITIAL)___
...GUILTY, EVIDENCE PRESENTED, CONSIDERED AND REASON(S) FOR DETERMINATION OF
...LT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER,
...N IN DETAIL:
           (A)  (B)

### PUNISHMENT

... OF PRIV(DAYS)___      REPRIMAND........___       SOLITARY(DAYS).......___
...CREATION(DAYS) 45      EXTRA DUTY(HOURS)...___   REMAIN LINE 3:........___
...MMISSARY(DAYS) 45      CONT.VISIT SUSP THRU _/_/_   REDUC.CLASS FROM S3 TO L1
...PROPERTY(DAYS)___      CELL RESTR(DAYS)....___   GOOD TIME LOST(DAYS)..150
       (DAYS)___          SPECIAL CELL RESTR(DAYS)___  DAMAGES........$___
...TIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
    DETERRANT VALUE OF PUNISHMENT

...T FOR PRE-HEARING DETENTION TIME ___DAYS  ____
...ACED IN PRE-HEARING DETENTION:  N/A   X_____  3
A. Mitson, CPT.                    X_____
...ING OFFICER  SPEDY  WARDEN              ...ISC.PROCESS COMMITTEE MEMBER