IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 11 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| *RHONALD MARTINEZ,* | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-002 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S MOTION TO APPEAR *PRO HAC VICE*
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, respondent, herein ("the Director"), by and through his attorney, the Attorney General of Texas, and files this Respondent Johnson's Motion to Appear *Pro Hac Vice* With Brief in Support. In support thereof, the Director would respectfully show the court the following:

The undersigned accepted a position as an Assistant Attorney General with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas on October 4, 1999, and has been assigned to represent the Director in this cause. The undersigned has been licensed to practice in the State of Texas since May 3, 1999, and is a member in good standing of the State Bar of Texas. The undersigned has submitted an application for admission to the United States District Court for the Southern District of Texas. The undersigned has read and will comply with the Local Rules for the District.

For the foregoing reasons, the undersigned respectfully requests that this motion to appear before this court *pro hac vice* be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for
Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney-in-Charge

BROOKS MOORE*
Assistant Attorney General
State Bar No. 24010246

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent assumes that petitioner will oppose this motion.

BROOKS MOORE
Assistant Attorney General

2

## NOTICE OF SUBMISSION

To: Rhonald Martinez, petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

_____
BROOKS MOORE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion to Appear *Pro Hac Vice* With Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 10th day of April, 2000, addressed to:

Rhonald Martinez
TDCJ-ID NO. 476155
McConnell Unit
3001 S. Emily Drive
Beeville, Texas 78102

_____
BROOKS MOORE
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *RHONALD MARTINEZ,* | § | |
| Petitioner, | § | |
| | § | |
| *v.* | § | CIVIL ACTION NO. C-00-002 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

# O R D E R

Came on this day to be considered Respondent Johnson's Motion to Appear *Pro Hac Vice*, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondent's Motion to Appear *Pro Hac Vice* is GRANTED, and Assistant Attorney General Brooks Moore is permitted to appear *pro hac vice*.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING