IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
APR 11 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RHONALD MARTINEZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-002 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION
FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, respondent herein ( "the Director"), by and through his attorney, the Attorney General of Texas, and files this his First Motion for Extension of Time with Brief in Support.

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of the court entered February 18, 2000, the Director is to file a responsive pleading by April 10, 2000.

**II.**

Although the undersigned has received the petitioner's ("Martinez") records, the undersigned has not had sufficient time to review these records in order to determine the appropriate response to the allegations raised in the instant petition for habeas corpus. Thus, additional time is required and would be greatly appreciated. Therefore, Director respectfully requests an extension of thirty days, up to and including May 10, 2000. The undersigned apologizes for the delay; however, it is due to circumstances beyond his control.

As justification for this extension of time, since the undersigned was assigned this cause on

March 20, 2000, the undersigned has prepared and filed seven responsive pleadings in other habeas corpus cases, including a brief to the United States Court of Appeals for the Fifth Circuit.[1]  In addition, as of today, the undersigned has responsive pleadings due in seventeen other habeas cases over the next thirty days.  The undersigned assures this court that this request for an extension of time is not designed to harass the petitioner, nor to unnecessarily delay these proceedings.  Rather, this extension is necessary to determine the appropriate response to the claims raised in the instant petition.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests an extension of thirty days, to May 10, 2000, to file a responsive pleading.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for
Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*BROOKS MOORE
Assistant Attorney General
State Bar No. 24010246

*Attorney in Charge

---

[1] *Almaguer v. Johnson*, No. 98-40869.

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent assumes that petitioner will oppose this motion.

_____
BROOKS MOORE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 10th day of April, 2000, addressed to:

Rhonald Martinez
TDCJ-ID No. 476155
McConnell Unit
3001 S. Emily Drive
Beeville, Texas 78102

_____
BROOKS MOORE
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| *RHONALD MARTINEZ,* § | |
| Petitioner, § | |
| § | |
| *V.* § | CIVIL ACTION NO. C-00-002 |
| § | |
| *GARY L. JOHNSON, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF* § | |
| *CRIMINAL JUSTICE,* § | |
| *INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

**O R D E R**

On this day came before the court for consideration Respondent Johnson's First Motion for Extension of Time and the court having considered said motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that the respondent's time for filing a responsive pleading should be and hereby is extended up to and including the 10th day of May, 2000.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING