IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 17 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| *RHONALD MARTINEZ,* § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. C-00-002 |
| § | |
| *GARY L. JOHNSON, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF CRIMINAL* § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

## ORDER

Came on this day to be considered Respondent Johnson's Motion to Appear *Pro Hac Vice*, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondent's Motion to Appear *Pro Hac Vice* is GRANTED, and Assistant Attorney General Brooks Moore is permitted to appear *pro hac vice*.

SIGNED on this the 14 day of April, 2000.

_____
JUDGE PRESIDING