United States District Court
Southern District of Texas
ENTERED

APR 17 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RHONALD MARTINEZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-002 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**O R D E R**

On this day came before the court for consideration Respondent Johnson's First Motion for Extension of Time and the court having considered said motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that the respondent's time for filing a responsive pleading should be and hereby is extended up to and including the 10th day of May, 2000.

SIGNED this _14_ day of _April_, 2000.

_____
JUDGE PRESIDING