IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN _ 9 2000

Michael N. Milby, Clerk

| | |
|---|---|
| RHONALD MARTINEZ, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. C-00-002 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

### RESPONDENT JOHNSON'S ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, respondent ("the Director"), by and through his attorney, the Attorney General of Texas, and files this Respondent Johnson's Advisory to the Court.

The Director now files an affidavit of Thomas J. Prasifka, attached hereto as Exhibit A. The affidavit further supports the Director's assertions as presented in his motion for summary judgment. Specifically, the affidavit demonstrates that Martinez did not lose any good conduct time in the disciplinary proceeding at issue, and the Director assured the court in his motion for summary judgment that he would present such an affidavit to the court as soon as possible.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

                ROSS RAYBURN
                Assistant Attorney General
                Chief, Habeas Corpus Division

                _____
*Attorney in Charge       *BROOKS MOORE
                Assistant Attorney General
                State Bar No. 24010246
                Southern District Bar No. 24680

                P. O. Box 12548, Capitol Station
                Austin, Texas  78711
                (512) 936-1400
                Facsimile No. (512) 936-1280

                ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Rhonald Martinez, petitioner, you are hereby notified that the undersigned attorney will bring the foregoing advisory before the court as soon as the business of the court will permit.

                _____
                BROOKS MOORE
                Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Advisory to the Court has been served by placing it in the United States Mail, postage prepaid, on this the 7th day of June, 2000, addressed to:

Rhonald Martinez
TDCJ-ID No. 476155
McConnell Unit
3001 S. Emily Drive
Beeville, Texas 78102

                _____
                BROOKS MOORE
                Assistant Attorney General

A

ClibPDF - www.fastio.com

# AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF BEE

     BEFORE ME, the undersigned authority, personally appeared Thomas J. Prasifka, who being duly sworn by me, deposed as follows:

     "My name is Thomas J. Prasifka. I am of sound mind, capable of making this Affidavit and personally acquainted with the facts herein stated.

     "I am the Warden II for the William G. McConnell Unit of the Texas Department of Criminal Justice Institutional Division, and my office is located in Beeville, Texas. I do hereby certify that I am a custodian of Unit Records maintained in the regular course of business of the McConnell Unit, of the Texas Department of Criminal Justice – Institutional Division. Offender Rhonald Martinez, TDCJ-ID #476155 did not receive loss 150 days of good time as a result of Disciplinary Case #19990013551 hearing held on September 18, 1998.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the 1st day of June, 2000

My Commission Expires:

_____

_____ (Printed Name)
NOTARY PUBLIC in and for
the State of Texas

SABAS ENCINIA JR.
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 11-25-2001