United States District Court
Southern District of Texas
ENTERED

NOV 29 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RHONALD MARTINEZ | § | |
| | § | |
| VS. | § | C.A. NO. C-00-002 |
| | § | |
| GARY L. JOHNSON | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On June 27, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that respondent's motion for summary judgment be granted and that petitioner Rhonald Martinez's § 2254 petition for habeas corpus relief be dismissed for its failure to raise a constitutional claim. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that respondent's motion for summary judgment is granted and petitioner Rhonald Martinez's § 2254 petition for habeas corpus relief is dismissed for failure to raise a constitutional claim.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 28th day of November, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE