United States District Court
Southern District of Texas
ENTERED

NOV 29 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

RHONALD MARTINEZ                          §
                                          §
V.                                        §        C.A. NO. C-00-002
                                          §
GARY L. JOHNSON                           §

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation on Respondent's Motion for Summary Judgment, the Court hereby enters Final Judgment dismissing Petitioner Rhonald Martinez's § 2254 petition for habeas corpus relief for failure to raise a constitutional claim.

ORDERED this 28th day of November, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE